United States District Court of the Eastern District of New York held in and for the County of Suffolk at the Long Island Federal Courthouse at 100 Federal Plaza, Central Islip, New York on this **1ST** day of **MAY**, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

THE ESTATE OF PIERRE CALLARD, his heirs at law, JOCELYN CALLARD, MARGARET CALLARD a/k/a/ MARIE CHRISTINE KAROLL, LOUIS CALLARD, EDWARD CALLARD, JOSEPH DIAZ, RICHARD DIAZ, EDWARD DIAZ having or claiming any estate or interest in the premises known as 12 South 25th Street, Wyandanch, New York 11798,

                Defendant.
----------------------------------X

Civil Docket No.:11-CV-4819

AMENDED
ORDER OF PUBLICATION

(ADS)(AKT))

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ MAY 01 2014 ★

LONG ISLAND OFFICE

Upon the affirmation of Dolores M. Iannarone, Esq., dated March 24, 2014, from which it appears she is an attorney representing the Plaintiff in this action and upon all the papers heretofore filed herein, the Court finds as follows:

**That** this is an action to enforce a lien upon real property located within this district, described in the complaint herein and known as 12 South 25th Street, Wyandanch, New York 11798,

**THAT** the whereabouts of the defendants Edward Diaz and Joseph Diaz are unknown,

**THAT** personal service on the foregoing mentioned defendants is therefore not practical and,

THAT the defendants Edward Diaz and Joseph Diaz have not voluntarily appeared in this action,

THAT the Plaintiff, to complete service upon the Defendants Edward Diaz and Joseph Diaz requires an enlargement of time to serve the defendants Edward Diaz and Joseph Diaz,

NOW, on motion of Mullen and Iannarone, P.C., attorneys for the plaintiff, it is hereby

ORDERED, that a copy of the summons be published in the Suffolk Edition of Newsday, a daily newspaper, one time a week for four consecutive weeks; and it is further

ORDERED that the Defendants be directed pursuant to 28 U.S.C. §1655 to appear, answer or otherwise move with respect to the complaint herein on or before the twentieth day following the last publication of this Order, or be found in default thereof and this court will proceed to the hearing and adjudication of this suit.

Dated: Central Islip, New York
MAY 1, 2014

s/ Arthur D. Spatt
United States District Judge
ARTHUR D. SPATT